

# United States District Court

**David L. Russell**

### Western District of Oklahoma
### United States Courthouse
### 200 N.W. 4th Street
### Oklahoma City, Oklahoma 73102

Telephone
[405] 609-5100

Fax
[405] 609-5113

July 31, 2006

Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

RECEIVED 2006 AUG -7 A 10: 56 FINANCIAL DISCLOSURE OFFICE

    Re:    2005 Financial Disclosure Report

Dear Judge Smith:

This is in response to your letter of July 25, 2006.

(1)    Part VII, page 4, line 2, should reflect that the money market trust is located at A.G. Edwards brokerage firm.

(2)    Part VII, page 5, line 29, I listed Union Bank. I apparently inadvertently omitted this from prior reports. This is my wife's bank account.

(3)    Part VII, page 5, lines 24 & 28, for Cisco Systems & Fundamental Inves., Inc. column D(1) should reflect none as no income was earned.

Please let me know if you need additional information.

Sincerely,

David L. Russell
United States District Judge

DLR:ml

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) RUSSELL, DAVID L | 2. Court or Organization WESTERN DISTRICT OF OKLAHOMA | 3. Date of Report 05/04/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE -U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address 200 N.W. 4th, ROOM 3309 UNITED STATES COURTHOUSE OKLAHOMA CITY, OK 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|----------------------------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]     NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]     NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]     NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, DAVID L | 05/04/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, DAVID L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FEDERAL EMPLOYEES CREDIT UNION | A | Interest | L | T | | | | | |
| 2. MONEY MARKET TRUST | A | Interest | J | T | | | | | |
| 3. CITIGROUP | A | Dividend | J | T | Buy | 2-15 | J | | |
| 4. NORTHERN BORDER PARTNERS | A | Dividend | J | T | | | | | |
| 5. NORTHWEST NATURAL GAS | A | Dividend | J | T | | | | | |
| 6. OCCIDENTAL PETROLEUM CORP. | A | Dividend | J | T | | | | | |
| 7. AT&T formerly SBC COMMUNICATIONS, INC. | A | Dividend | J | T | | | | | |
| 8. TXU formerly TEXAS UTILITIES | A | Dividend | J | T | | | | | |
| 9. OKLA. DEPT. OF TRANSPORTATION Bond 9-1-20 | A | Interest | J | T | Buy | 7-26 | J | | |
| 10. TULSA OK 4% 7-1-2016 BONDS | A | Interest | K | T | | | | | |
| 11. OKLAHOMA WATER RESOURCES BOARD 4-1-2027 BONDS | A | Interest | J | T | | | | | |
| 12. OKLAHOMA 1-1-24 MUNICIPAL PWR AUTHORITY | A | Interest | J | T | | | | | |
| 13. CAPITAL INCOME BUILDER FUND | D | Dividend | M | T | Buy | 10-17 | J | | |
| 14. EUROPACIFIC GROWTH FUND SBI | A | Dividend | K | T | | | | | |
| 15. FED CAPITAL INC. FUND formerly FEDERATED UTILITY FUND, INC. | A | Dividend | J | T | Sold | 10-14 | J | | |
| 16. INCOME FUND OF AMERICA | B | Dividend | L | T | Buy | 7-26 | J | | |
| 17. INVESTMENT CO. OF AMERICA | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, DAVID L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BANK OF NICHOLS HILLS | A | Interest | K | T | | | | | |
| 19. ENTERPRISE PRODS PTNRS L.P. | C | Dividend | L | T | | | | | |
| 20. OKLAHOMA 1-1-2023 TURNPIKE | C | Interest | L | T | | | | | |
| 21. HALLIBURTON COMPANY | A | Dividend | J | T | | | | | |
| 22. VINTAGE PETROLEUM COMPANY | A | Dividend | | | Sold | 10-14 | J | D | |
| 23. UNIVERSITY OF OKLAHOMA BONDS 5-1-2023 | A | Interest | J | T | | | | | |
| 24. CISCO SYSTEMS | | | | | Sold | 10-14 | J | | |
| 25. MICROSOFT | A | Dividend | | | Sold | 10-14 | J | | |
| 26. HOUSTON TEX WATER & SEWER BONDS 12-1-28 | C | Interest | L | T | | | | | |
| 27. CHESAPEAKE ENERGY | A | Dividend | J | T | | | | | |
| 28. FUNDAMENTAL INVRS. INC. | | | J | T | Buy | 10-17 | J | | |
| 29. UNION BANK | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5, 00 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, DAVID L | 05/04/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date  5-4-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544